UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **RICHARD REBISZ,** | : | |
| | : | Civil Action No. 04-2400(KSH) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | REPORT AND RECOMMENDATION |
| v. | : | |
| | : | |
| **PUBLIC SERVICE ELECTRIC & GAS COMPANY** | : | |
| | : | |
| | : | |
| **Defendants** | : | |

  This matter having come before the Court as a result of the Order dated June 14, 2005, directing the plaintiff to personally appear before the Undersigned on June 27, 2005 at 10:00 a.m. and show cause why sanctions, including dismissal, should not be imposed for his failure to provide responses to discovery; and the Court having considered the certification submitted in support of the motion to withdraw and the representations of counsel; and the plaintiff having failed to appear on June 27, 2005; and for the reasons set forth in the Report and Recommendation delivered on the record on June 27, 2005; and for good cause shown,

  IT IS on this 27th day of June, 2005

  RECOMMENDED that the United States District Judge dismiss the Complaint with prejudice[1];

  ORDERED that plaintiff's counsel shall provide a copy of this Order to the plaintiff by regular mail and certified mail/return receipt requested; and

  IT IS FURTHER ORDERED that all terms of the Order dated May 2, 2005 shall remain in full force and effect.

                        s/Patty Shwartz
                         UNITED STATES MAGISTRATE JUDGE

---

  [1]The parties have ten (10) days form receipt of this Recommendation to file and serve objections.