**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RICHARD REBISZ, | : | Civil Action No. 04-2400 (FSH) |
|  | : | HON. FAITH S. HOCHBERG, U.S.D.J. |
| Plaintiff, | : |  |
|  | : | **ORDER** |
| v. | : |  |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY, | : |  |
| Defendants. | : |  |

**HOCHBERG, District Judge**,

   This case comes before the Court upon Magistrate Judge Shwartz's Report and Recommendation of June 27, 2005, in which the Magistrate Judge recommended dismissal of Plaintiff's Complaint as an appropriate sanction for Plaintiff's failure to appear before Judge Shwartz personally and show cause why sanctions should not be imposed for his failure to provide responses to discovery; and this Court having received no objections to the June 27, 2005 Report and Recommendation of Magistrate Judge Shwartz, and the time to file and serve such objections having expired; and this Court having reviewed de novo the Report and Recommendation; and good cause appearing,

   **IT IS** on this 26th day of July, 2005,

   **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted as the opinion of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED**; and it is further

**ORDERED** that this case is **CLOSED**.

s/ Faith S. Hochberg
**HON. FAITH S. HOCHBERG, U.S.D.J.**
